UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____

|  |  |
|---|---|
| ECOBEE, INC., | ) |
| Plaintiff, | ) Case No.: 1:18-cv-12236-DPW |
| v. | ) |
| HATZLACHA LLC d/b/a THE CORNER STORE, BITACHON LLC, BENJAMIN WINKLER, and JOHN DOES 1-10 | ) |
| Defendants. | ) |

_____)

## NOTICE OF APPEARANCE

Please enter the appearance of Jack S. Brodsky of K&L Gates LLP, State Street Financial Center, One Lincoln Street, Boston, MA 02111, on behalf of Plaintiff ecobee, Inc., in the above-captioned case.

    Respectfully submitted,

    Plaintiff,
    ecobee, Inc.,
    by its attorneys,

    */s/ Jack S. Brodsky*
    Morgan T. Nickerson (BBO # 667290)
    morgan.nickerson@klgates.com
    Emily E. Gianetta (BBO # 687585)
    emily.gianetta@klgates.com
    Jack S. Brodsky (BBO # 696683)
    jack.brodsky@klgates.com
    K&L Gates LLP
    State Street Financial Center
    One Lincoln Street
    Boston, MA 02111
    (617) 261-3100
October 30, 2018    (617) 261-3175