**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

_____
                                              )
ECOBEE, INC.,                                 )
                                              )
    Plaintiff,                                )   Case No.: 1:18-cv-12236-DPW
                                              )
v.                                            )
                                              )
HATZLACHA LLC d/b/a THE CORNER STORE, )
BITACHON LLC, BENJAMIN WINKLER, and    )
JOHN DOES 1-10                                )
                                              )
    Defendants.                               )
_____)

## NOTICE OF VOLUNTARY DISMISSAL OF JOHN DOE 1-10 DEFENDANTS

    Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), plaintiff ecobee, Inc. hereby provides notice of its voluntary dismissal of all claims against only defendants John Does 1-10 without prejudice. For the avoidance of doubt, Plaintiff's claims against defendants Hatzlacha LLC d/b/a The Corner Store, Bitachon LLC, and Benjamin Winkler remain live and are the subject of a motion for default judgment filed at docket entry 12.

[*Signature Page Follows*]

2

Respectfully submitted,

Plaintiff,
ecobee, Inc.,
by its attorneys,


*/s/ Morgan T. Nickerson*
Morgan T. Nickerson (BBO # 667290)
morgan.nickerson@klgates.com
Jack S. Brodsky (BBO # 696683)
jack.brodsky@klgates.com
K&L Gates LLP
State Street Financial Center
One Lincoln Street
Boston, MA 02111
(617) 261-3100
(617) 261-3175

January 3, 2019